UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CANOPIUS US INSURANCE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-148 |
| | § | |
| KATHRYN HOGAN, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order of Dismissal with Prejudice (D.E. 6), the Court enters final judgment dismissing this action.

ORDERED this 1st day of August, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE